IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:18CR166 |
| IRMA MARTINEZ-ONTIVEROS, | ORDER FOR DISMISSAL |
| Defendant. | |

Pursuant to Motion of the United States (Filing No. 54), leave of court is granted for the filing of the Dismissal of the Indictment against Irma Martinez-Ontiveros.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 54) is granted.

Dated this 5th day of February 2019.

BY THE COURT:

s/Laurie Smith Camp
LAURIE SMITH-CAMP
Senior United States District Court Judge